DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH PATRICK GUNN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-3365

[August 3, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence Mirman, Judge; L.T. Case No. 432015CF001439AXXMX.

Gerald T. Salerno of Gerald Salerno Law, PA, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Don M. Rogers, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER, JJ., and SMALL, LISA, Associate Judge, concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***